United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Wesley Wilson, | § § | |
| Plaintiff, | § § | |
| vs. | § | Civil Action H-19-2921 |
| United States of America, et al., | § § § | |
| Defendants. | § § | |

## **ORDER OF ADOPTION**

On January 8, 2020, Magistrate Judge Peter Bray issued a Memorandum and Recommendation (D.E. 26) recommending that the court grant Defendants' motion to dismiss (D.E. 19). Wilson's objections are denied.

After due consideration of the entire record and the applicable law, the court hereby ADOPTS the Memorandum and Recommendation as this court's Memorandum and Order. The court will issue a final judgment.

Signed at Houston, Texas on January 28, 2020.

DAVID HITTNER
UNITED STATES DISTRICT JUDGE